JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>　　　　Plaintiff,<br>v.<br><br>BRUTOCAO-COVINA LLC, a California Limited Liability Company;<br>LEISERV, LLC, a Delaware Limited Liability Company;<br>and Does 1-10,<br><br>　　　　Defendants, | Case: 5:16-CV-00473-PA-KK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 18, 2016   _____
　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE